|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | Order Filed on February 11,<br>2019 by Clerk, U.S. Bankruptcy<br>Court - District of New Jersey |

| In Re: | Case No.: | 10-47610-SLM |
|---|---|---|
| John P. Toribio and Adanurby Ortiz | Chapter: | 7 |
|  | Hearing Date: | February 5, 2019 |
|  | Judge: | Stacey L. Meisel |

**ORDER DENYING MOTION TO EXTEND TIME
TO FILE REAFFIRMATION AGREEMENT**

The relief set forth on the following pages, numbered two (2) through __2__ is **ORDERED**.

**DATED: February 11, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion having been filed on January 15, 2019 by Debtors, John P. Toribio and Adanurby Ortiz, by and through their counsel Luis A Alum at Docket Number 31 for entry of an order as set forth above, the Court having considered all of the papers submitted and for good cause, it is

**ORDERED** the aforesaid motion is denied.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.