Order Filed on February 11, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| In Re:<br><br>John P. Toribio and Adanurby Ortiz | Case No.:    10-47610-SLM<br><br>Chapter:    7<br><br>Hearing Date:    February 5, 2019<br><br>Judge:    Stacey L. Meisel |

## ORDER DENYING MOTION TO EXTEND TIME TO FILE REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through __2_____ is **ORDERED**.

**DATED: February 11, 2019**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion having been filed on January 15, 2019 by Debtors, John P. Toribio and Adanurby Ortiz, by and through their counsel Luis A Alum at Docket Number 31 for entry of an order as set forth above, the Court having considered all of the papers submitted and for good cause, it is

**ORDERED** the aforesaid motion is denied.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:  
John P Toribio  
Adanurby Ortiz  
    Debtors

Case No. 10-47610-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Feb 11, 2019  
                     Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2019.  
db/jdb        +John P Toribio,    Adanurby Ortiz,    28 Luhmann Terrace,    Secaucus, NJ 07094-4206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2019                                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2019 at the address(es) listed below:  
         Anjuli M. Cargain    on behalf of Debtor John P Toribio nickslaw@gmail.com  
         Anjuli M. Cargain    on behalf of Joint Debtor Adanurby    Ortiz nickslaw@gmail.com  
         Luis A Alum    on behalf of Joint Debtor Adanurby    Ortiz ngallego@alumferrer.com  
         Michael I. Okechuku    on behalf of Trustee Michael I. Okechuku paneltrustee.michael@gmail.com,  
          NJ63@ecfcbis.com  
         Michael I. Okechuku    paneltrustee.michael@gmail.com,    NJ63@ecfcbis.com  
         Nicholas    Fitzgerald    on behalf of Debtor John P Toribio nickfitz.law@gmail.com  
         Nicholas    Fitzgerald    on behalf of Joint Debtor Adanurby    Ortiz nickfitz.law@gmail.com  
         Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-6, U.S. Bank National  
          Association, as Indenture Trustee rsolarz@kmllawgroup.com  
                                                                                                                                                                                       TOTAL: 8