# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In Re: | | Case No.: | 10-47610 |
|---|---|---|---|
| Adanurby Ortiz | | Hearing Date: | 4/9/19 at 10:00 A.M. |
| | | Chapter: | 7 |
| | | Judge: | Stacey L. Meisel |

## NOTICE OF HEARING

You are hereby notified of a hearing before the Honorable __Stacey L. Meisel__, United States Bankruptcy Judge.

**Reason for Hearing:** Motion to Reopen Case re: Filing the Reaffirmation Agreement filed at Doc. No. 34.

**Location of Hearing:** Courtroom No. 3A
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

**Date and Time:** April 9, 2019 at 10:00 a.m., or as soon thereafter as counsel may be heard.

**COURT APPEARANCES:**  ☒ ARE REQUIRED   ☐ ARE NOT REQUIRED

DATE: March 15, 2019

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that on March 15, 2019 this notice was served on the following: Standing Trustee, Joint Debtor and Debtor's Attorney.

JEANNE A. NAUGHTON, Clerk

By: /s/ Lucy Veloz-Jimenez
Deputy Clerk

*rev.1/4/17*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 10-47610-SLM
John P Toribio                                                      Chapter 7
Adanurby Ortiz
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Mar 15, 2019
                              Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2019.
db/jdb         +John P Toribio,    Adanurby Ortiz,    28 Luhmann Terrace,    Secaucus, NJ 07094-4206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
intp            E-mail/Text: jennifer.chacon@spservicing.com Mar 16 2019 01:18:03
                 Select Portfolio Servicing Inc.,    POB 65250,    Salt Lake City, UT  84165-0250
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2019 at the address(es) listed below:
              Anjuli M. Cargain    on behalf of Debtor John P Toribio nickslaw@gmail.com
              Anjuli M. Cargain    on behalf of Joint Debtor Adanurby  Ortiz nickslaw@gmail.com
              Luis A Alum    on behalf of Joint Debtor Adanurby  Ortiz ngallego@alumferrer.com
              Michael I. Okechuku    on behalf of Trustee Michael I. Okechuku paneltrustee.michael@gmail.com,
               NJ63@ecfcbis.com
              Michael I. Okechuku    paneltrustee.michael@gmail.com,  NJ63@ecfcbis.com
              Nicholas  Fitzgerald    on behalf of Joint Debtor Adanurby  Ortiz nickfitz.law@gmail.com
              Nicholas  Fitzgerald    on behalf of Debtor John P Toribio nickfitz.law@gmail.com
              Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-6, U.S. Bank National
               Association, as Indenture Trustee rsolarz@kmllawgroup.com
                                                                                             TOTAL: 8