UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on April 9, 2019 by Clerk, U.S. Bankruptcy Court - District of New Jersey**

In Re:

John P. Toribio and Adanurby Ortiz

| | |
|---|---|
| Case No.: | 10-47610-SLM |
| Hearing Date: | April 9, 2019 |
| Judge: | Stacey L. Meisel |
| Chapter: | 7 |

Recommended Local Form:    Followed    x    Modified

# ORDER DENYING MOTION OR APPLICATION FOR THE ENTRY OF AN ORDER
REOPENING CASE re: File the Reaffirmation Agreement
DOCKET NO. 35

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 9, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on  March 14          , 20 19  by  Debtor Adanurby Ortiz, by and through her counsel Luis A Alum           for entry of an order as set forth above, the Court having considered all of the papers submitted, along with any arguments of counsel, including objections filed thereto and for the reasons set forth on the record on April 9, 2019 and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied with prejudice.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*