| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-2(c)** |

Order Filed on April 9, 2019 by
Clerk, U.S. Bankruptcy Court -
District of New Jersey

In Re:

John P. Toribio and Adanurby Ortiz

Case No.: 10-47610-SLM

Hearing Date: April 9, 2019

Judge: Stacey L. Meisel

Chapter: 7

Recommended Local Form:    Followed    x    Modified

# ORDER DENYING MOTION OR
# APPLICATION FOR THE ENTRY OF AN ORDER
REOPENING CASE re: File the Reaffirmation Agreement
DOCKET NO. 35

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 9, 2019**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

A motion or application having been filed on  March 14          , 20 19  by  Debtor Adanurby Ortiz, by and through her counsel Luis A Alum            for entry of an order as set forth above, the Court having considered all of the papers submitted, along with any arguments of counsel, including objections filed thereto and for the reasons set forth on the record on April 9, 2019 and for good cause shown; it is

ORDERED that the aforesaid motion or application is denied with prejudice.

The movant shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

*Rev. 7/1/04; jml*

United States Bankruptcy Court
District of New Jersey

In re:  
John P Toribio  
Adanurby Ortiz  
      Debtors

Case No. 10-47610-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Apr 09, 2019  
                      Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2019.  
db/jdb        +John P Toribio,    Adanurby Ortiz,    28 Luhmann Terrace,    Secaucus, NJ 07094-4206

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                 TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2019 at the address(es) listed below:  
       Anjuli M. Cargain    on behalf of Debtor John P Toribio nickslaw@gmail.com  
       Anjuli M. Cargain    on behalf of Joint Debtor Adanurby  Ortiz nickslaw@gmail.com  
       Luis A Alum    on behalf of Joint Debtor Adanurby  Ortiz ngallego@alumferrer.com  
       Michael I. Okechuku    on behalf of Trustee Michael I. Okechuku paneltrustee.michael@gmail.com, NJ63@ecfcbis.com  
       Michael I. Okechuku    paneltrustee.michael@gmail.com, NJ63@ecfcbis.com  
       Rebecca Ann Solarz    on behalf of Creditor    Towd Point Mortgage Trust 2017-6, U.S. Bank National Association, as Indenture Trustee rsolarz@kmllawgroup.com  
                                                                             TOTAL: 6